NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1027, -1028

KARA TECHNOLOGY INCORPORATED,

Plaintiff-Appellant,

v.

STAMPS COM INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Central District of California in case no. 05-CV-1890, Judge Consuelo B. Marshall.

ON MOTION

## O R D E R

Upon consideration of Kara Technology Incorporated's first motion for an extension of time to file its brief, and its amended motion for an extension of time,

IT IS ORDERED THAT:

(1)    The amended motion is granted and Kara's opening brief is due no later than February 17, 2009.

(2)    Kara's first motion for an extension of time is moot.

FOR THE COURT

FEB 13 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Robert C. Sheinfeld, Esq.
        Philip J. Graves, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 13 2009

JAN HORBALY
CLERK